**THE NEESE LAW FIRM**
Martha L. Neese, Esq.
14245 South 5th Street
Phoenix, AZ 85048
AZ. Bar # 010536
Telephone: 612-414-3102
marthaneese@aol.com

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| James Shelago and Miriam Shelago, | Court File No.: 07-0279 PHX-JAT |
| Plaintiffs, | NOTICE OF MOTION AND MOTION TO FOR DEFAULT JUDGMENT AGAINST DEFENDANT MARSHALL & ZIOLKOWSKI ENTERPRISE, LLC |
| vs. | |
| Marshall & Ziolkowski Enterprise LLC and Joseph Strauss, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiffs, by and through their undersigned counsel, move this Court for Default Judgment against Defendant Marshall & Ziolkowski Enterprise LLC. This Motion is supported by the Plaintiff's Memorandum, Affidavit of Martha L. Neese, Esq. and Proposed Order, which are filed contemporaneously with this motion.

Dated: ___11/19/2007            **ATTORNEYS FOR PLAINTIFF**

                                By: s/Martha L. Neese
                                **THE NEESE LAW FIRM**
                                Martha L. Neese, Esq.
                                AZ. Bar # 010536

| | |
|---|---|
| 1 | |
| 2 | 14245 South 5th Street |
| 3 | Phoenix, AZ 85048 |
| | Telephone: 612-414-3102 |
| | marthaneese@aol.com |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26