**THE NEESE LAW FIRM**
Martha L. Neese, Esq.
14245 South 5th Street
Phoenix, AZ 85048
AZ. Bar # 010536
Telephone: 612-414-3102
marthaneese@aol.com

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| James Shelago and Miriam Shelago,<br><br>    Plaintiffs,<br><br>vs.<br><br>Marshall & Ziolkowski Enterprise LLC and<br>Joseph Strauss,<br><br>    Defendants. | **Case File No.: 07-0279 PHX-JAT**<br><br>**PLAINTIFFS' MOTION AND MEMORANDUM OF LAW IN SUPPORT OF ENTRY OF DEFAULT JUDGMENT** |

**TO THE HONORABLE JAMES A. TEILBORG**:

COMES NOW Plaintiffs James Shelago and Miriam Shelago in the above-entitled and captioned action (hereinafter "Plaintiffs'), and file this Plaintiffs' Motion for Entry of Default Judgment against Defendant Marshall & Ziolkowski Enterprise LLC (hereinafter "MAZE" or "Defendant"), and in support thereof would respectfully show the Court as follows:

## SERVICE OF PROCESS

1.  Plaintiffs filed their Summons and Complaint on February 7, 2007.

2.  Plaintiffs served Defendant Marshall & Ziolkowski Enterprise LLC and Joseph Strauss (hereinafter "MAZE") with the Summons and Complaint at 8201 Main

1

Street, Williamsville, NY 14221 on February 22, 2007.  *(See* Neese Aff. ¶ 4, Exhibit 2.)

3.   The deadline for MAZE to answer the Complaint was March 14, 2007. *[See* Fed. R. Civ. P. 6, 12, and 15(a)].

4.   However, despite proper service, MAZE has failed to answer or otherwise

5.   procedurally respond to the Complaint by the requisite deadline.

6.   Furthermore, neither MAZE nor its counsel communicated with Plaintiffs concerning the possibility of an extension for filing an answer. Plaintiffs are therefore entitled to entry of default.

7.   Defendants, however, retained Saeli & Tollner, P.C in Amherst, NY and Joseph F. Saeli, Jr as counsel to explore settlement before Answering the Complaint.

7.   Mr. Saeli requested an extension to answer Plaintiffs' Complaint in a letter dated February 27, 2007. An extension to March 30, 2007was granted and then extended further. *(See* Neese Aff. ¶ 6, Exhibit 3.)

8.   By copy of a second February 27, 2007 letter, Mr. Saeli communicated Defendant MAZE's interest in "the possibility of an early resolution of this case."   *(See* Neese Aff. ¶ 7, Exhibit 4.)

9.   Defendant's counsel worked on a settlement with Plaintiffs' counsel during the months of March, April and May of 2007, concluding with terms of settlement agreed to by counsel for the parties on May 7, 2007.

7.   Joseph F. Saeli, Jr. drafted and submitted a settlement agreement to Plaintiffs' counsel on or about May 7, 2007. *(See* Neese Aff. ¶ 8, Exhibit 5.)

10.  However, in a letter dated May 23, 2007, Defense counsel Saeli informed Plaintiffs' counsel that his firm no longer represented the Defendants.  *(See* Neese Aff. ¶ 9, Exhibit 6.)

7.  Defendants Marshall & Ziolkowski Enterprise LLC and Joseph Strauss or a newly-named representative have not communicated with Plaintiffs' counsel since May 23, 2007 nor has Defendant MAZE agreed to the terms of the settlement agreement despite several attempts by Plaintiffs' counsel to resolve this issue amicably.

8.  Thus far, Defendant has not answered the Complaint or engaged licensed Arizona counsel.

9.  Defendant MAZE is in default.

## DAMAGES

10.  Plaintiffs seek statutory, actual, and punitive damages in the amount of $15,000. Plaintiffs request an evidentiary hearing to present evidence in support of their request for damages and reasonable attorney's fees at a date and time to be determined by the Court.

Respectfully submitted,

Dated: 11/16/2007                    By:   s/Martha L/ Neese
                                          **THE NEESE LAW FIRM**
                                          Martha L. Neese, Esq.
                                          AZ. Bar # 010536

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

14245 South 5th Street
Phoenix, AZ 85048
Telephone: 612-414-3102
marthaneese@aol.com

**ATTORNEY FOR PLAINTIFFS**