THE NEESE LAW FIRM
Martha L. Neese, Esq.
14245 South 5th Street
Phoenix, AZ 85048
AZ. Bar # 010536
Telephone: 612-414-3102
marthaneese@aol.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| James Shelago and Miriam Shelago,<br><br>       Plaintiffs,<br><br>vs.<br><br>Marshall & Ziolkowski Enterprise LLC and Joseph Strauss,<br><br>       Defendants. | Case File No.: 07-0279 PHX-JAT<br><br>**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO LOCAL RULE 54.2** |

**PLEASE TAKE NOTICE** that Plaintiffs, by and through their undersigned counsel, moves this Court for Attorneys' Fees and Costs pursuant to Local Rule 54.2. This Motion is supported by the Memorandum and Declaration of Martha L. Neese with Exhibits all of which are filed contemporaneously with this motion.

Dated: _Feb 20_ 2009.

_/s/ Martha L. Neese_
Neese Law Firm, P.A.
14245 South 5th Street
Phoenix, AZ 85048
Telephone: 612-414-3102
marthaneese@aol.com

Attorney for Plaintiffs

1