# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| James Shelago; Miriam Shelago, | ) | **JUDGMENT** |
| | ) | |
| Plaintiffs, | ) | CV 07-279-PCT-JAT |
| | ) | |
| v. | ) | |
| | ) | |
| Marshall & Ziolkowski Enterprise, LLC; | ) | |
| Joseph Strauss, | ) | |
| | ) | |
| Defendant(s). | ) | |

\_\_\_  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated April 22, 2009, judgment is entered in the amount of $17,175.33 in attorneys' fees and $1,177.58 in costs, plus interest from the date of judgment until paid, in favor of Plaintiffs James Shelago and Miriam Shelago and against Defendants Marshal & Ziolkowski Enterprise, LLC and Joseph Strauss.

RICHARD H. WEARE
District Court Executive/Clerk

April 22, 2009

s/ Sally Turner
By: Deputy Clerk

cc: (all counsel)